UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BUDGET BLINDS, INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>SHERRE PASCHAL AND LOUIS MORRIS, <br><br>　　　　Defendants. | Case No.: SACV 09-00816-CJC(RNBx) <br><br><br>PRELIMINARY INJUNCTION |

　　This matter having come before the Court on Plaintiff Budget Blinds' motion for a preliminary injunction against Defendants Sherre Paschal and Louis Morris;

　　And the Court having considered the complaint, declarations, and memoranda of points and authorities presented by the parties in support of and in opposition to the entry of a preliminary injunction, and all other papers, evidence, and argument presented by the parties in connection with Budget Blinds' motion for a preliminary injunction;

IT IS HEREBY ORDERED THAT PENDING TRIAL on Budget Blinds' claims, Defendants Sherre Paschal and Louis Morris and their officers, directors, agents, servants, employees, and attorneys, and those in active concert or participation with them, ARE HEREBY ENJOINED from (1) using Budget Blinds' intellectual property, including all service marks, trademarks, trade names, and trade dress of Budget Blinds, and (2) operating a window coverings business within the previously franchised territory in Florida that is more specifically described in Schedule A to the Franchise Agreement dated June 12, 2007. This preliminary injunction shall be effective upon the posting by Budget Blinds of an undertaking or bond in the sum of $5,000.

DATED: October 26, 2009

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE