# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **BUDGET BLINDS, INC.,** <br>    **Plaintiff,** <br>  vs. <br> **SHERRE PASCHAL AND LOUIS MORRIS,** <br>    **Defendants.** | **Case No.: SACV 09-00816-CJC(RNBx)** <br><br> **PERMANENT INJUNCTION** |

This matter having come before the Court on Plaintiff Budget Blinds, Inc.'s motion for a default judgment and permanent injunction against Defendants Sherre Paschal and Louis Morris;

And the Court having considered the complaint, declarations, and memoranda of points and authorities presented by Plaintiff in support of the entry of a permanent injunction;

IT IS HEREBY ORDERED THAT Defendants Sherre Paschal and Louis Morris and their officers, directors, agents, servants, employees, and attorneys, and those in active concert or participation with them, ARE HEREBY ENJOINED from (1) using Budget Blinds, Inc.'s intellectual property, including all service marks, trademarks, trade names, and trade dress of Budget Blinds, Inc., and (2) operating a window coverings business within the previously franchised territory in Florida that is more specifically described in Schedule A to the June 12, 2007, "Budget Blinds Franchise Agreement" until January 14, 2011.

DATED:   May 20, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE