**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **BUDGET BLINDS, INC.,** | **Case No.: SACV 09-00816-CJC(RNBx)** |
| **Plaintiff,** | |
| **vs.** | |
| | **JUDGMENT** |
| **SHERRE PASCHAL AND LOUIS MORRIS,** | |
| **Defendants.** | |

Judgment is entered in favor of Plaintiff Budget Blinds, Inc., in the amount of $55,352.  Plaintiff shall also recover its costs and $3,814.08 in attorneys' fees.


DATED:     May 20, 2010

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

-1-